IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARY SUE WEAVER,<br><br>　　　　Defendant and Judgment Debtor. | Case No.: 2:19-mc-00055-GEB-EFB<br><br>**[PROPOSED] FINDINGS AND RECOMMENDATIONS FOR FINAL ORDER OF GARNISHMENT (INVESTMENT/RETIREMENT ACCOUNTS)**<br><br>Criminal Case No.: 2:15-cr-00087-GEB |
| THE VANGUARD GROUP, INC.,<br>(and its Successors and Assignees)<br><br>　　　　GARNISHEE. | |

　　　　The Court, having reviewed its files and United States of America's Request for Findings and Recommendations for Final Order of Garnishment (Investment/Retirement Accounts), and good cause appearing therefor, hereby recommends a final order of garnishment be granted.

　　　　Accordingly, IT IS RECOMMENDED that:

　　　　1.　　The United States' Request for Final Order of Garnishment be GRANTED;

　　　　2.　　Garnishee Vanguard Group, Inc. and/or account custodian Vanguard Fiduciary Trust Company be directed to liquidate and pay to the Clerk of the Court the full contract value of the rollover individual retirement account, Account Number *******0069, registered in the name of Mary Sue Creighton formerly known as Mary Sue Weaver, within fifteen (15) days of the filing of the Final Order;

3. Payment shall be made in the form of a cashier's check, money order or company draft, made payable to the Clerk of the Court and delivered to the United States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento, California 95814. The criminal docket number (2:15-cr-00087-GEB) shall be stated on the payment instrument.

4. The United States is entitled to recover a $1,538,781.10 litigation surcharge after satisfaction of the judgment in the criminal case denominated as *United States v. Mary Sue Weaver, et al.*, Case No. 2:15-cr-00087-GEB (ECF 84);

5. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

6. This garnishment shall be terminated once the Garnishee makes its payment to the Clerk of the Court.

These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: May 2, 2019.

EDMUND F. BRENNAN
United States Magistrate Judge

[proposed] FINDINGS AND RECOMMENDATIONS            2